UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 25-100 |
| PEDRO ALEJANDRO LUJAN-MARTINEZ | SECTION: D (4) |

## ORDER

Considering the Government's Motion for Dismissal of Bill of Information Without Prejudice (R. Doc. 21);

**IT IS HEREBY ORDERED** that, in the interests of justice and judicial economy, and pursuant to Federal Rule of Criminal Procedure 48(a), the bill of information against Pedro Alejandro Lujan-Martinez is **DISMISSED without prejudice.**

New Orleans, Louisiana, June 23, 2025.

_____
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**